**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tammy McMullin, individually, ) | No. CV-06-2928-PHX-LOA |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | |
| Ron Brock Heating and Cooling, ) | |
| ) | |
| Defendant. ) | |
| ) | |

    The parties in this case have voluntarily consented to have a United States magistrate judge conduct any and all further proceedings in this case, including the trial, order the entry of a final judgment, and conduct all post-judgment proceedings.   On June 21, 2007, this matter was reassigned to the undersigned (docket #15).

    **IT IS ORDERED** setting an Informal Rule 16 Conference in Courtroom 302, Sandra Day O'Connor U. S. Courthouse, 401 West Washington Street, Phoenix, Arizona 85003 on **Wednesday, August 8, 2007 at 10:00 a.m.**

    DATED this 6th day of July, 2007.

                                                                       Lawrence O. Anderson
                                                                      United States Magistrate Judge